| | |
|---|---|
| **KENNETH DENNIS, individually and** )<br>**on behalf of all others similarly situated,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**SANDHILLS EMERGENCY** )<br>**PHYSICIANS, P.A.,** )<br>)<br>**Defendant.** )<br>) | **NOTICE OF SETTLEMENT** |

Plaintiff Kenneth Dennis, individually and on behalf of others similarly situated ("Plaintiff") and Defendant Sandhills Emergency Physicians, P.A. ("Defendant") (collectively the "Parties"), by counsel, report to the Court that the Parties have reached a settlement resolving all claims in this matter.

The Parties are working to finalize the settlement details, including the preparation and submission of a motion for settlement approval and supporting memorandum of law. The Parties anticipate submitting a motion for settlement approval within 30 days, on or before Monday, February 28, 2022.

This the 28th day of January 2022.

| | |
|---|---|
| /s/ Philip J. Gibbons, Jr. | /s/ Peter J. Juran |
| Philip J. Gibbons, Jr., NCSB #50276 | Peter J. Juran, NCSB #13566 |
| Corey M. Stanton, NCSB #56255 | Chad A. Archer, NCSB #49051 |
| **GIBBONS LAW GROUP, PLLC** | **BLANCO TACKABERY &** |
| 14045 Ballantyne Corporate Pl., Ste. 325 | **MATAMOROS, P.A.** |
| Charlotte, NC 28277 | P.O. Drawer 25008 |
| Telephone: (704) 612-0038 | Winston-Salem, NC 27114 |
| Email: phil@gibbonslg.com | Telephone: (336) 293-9000 |
| corey@gibbonslg.com | Email: pjj@blancolaw.com |
| | caa@blancolaw.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on January 28, 2022, the undersigned counsel filed the

foregoing pleading using the Court's CM/ECF system that will send notification of this

filing to all counsel of record.

Respectfully submitted,

/s/ Philip J Gibbons
Philip J. Gibbons Jr. NCSB #50276