UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil No. 1:20-cv-00273-WO-JLW

| | |
|---|---|
| KENNETH DENNIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SANDHILLS EMERGENCY PHYSICIANS, P.A.,<br><br>Defendant. | **CONSENT MOTION FOR APPROVAL OF SETTLEMENT OF FLSA ACTION** |

Plaintiff Kenneth Dennis ("Plaintiff") moves this Court for an order:

1. Approving the Parties' Settlement Agreement and Release, including the payments to Plaintiffs, the release of claims, and payment of attorneys' fees.

2. A copy of the proposed Settlement Agreement and Release ("Agreement") is attached as Exhibit 1 to the Memorandum in Support of Joint Motion for Approval of Settlement of FLSA Action.

3. Entering a judgment dismissing this case *with* prejudice in accordance with the terms of the Agreement.

4. Plaintiffs' Counsel conferred with Defendant's Counsel and Defendant's Counsel consents to this Motion. In addition, Defendant has reviewed and authorized filing of the accompanying Memorandum in Support of Plaintiff's Consent Motion for Approval of Settlement of FLSA Action, as well as the Declaration of Philip J. Gibbons, Jr.

5. A Proposed Order is submitted for the Court's consideration.

WHEREFORE, Plaintiffs request the Court to issue an Order approving the Parties' Settlement Agreement as fair and reasonable and approving an award of attorneys' fees.

Dated: March 18, 2022

Respectfully submitted,

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr. (NCSB #50276)
Corey M. Stanton (NCSB #56255)
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Place, Suite 325
Charlotte, North Carolina
Telephone: (704) 612-0038
Email: phil@gibbonslg.com
   corey@gibbonslg.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that on March 18, 2022, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Philip J. Gibbons, Jr.

*Attorney for Plaintiff(s)*
